# EXHIBITS TO ECF NO. 23

# EXHIBITS H-R

# EXHIBITS T-V