# EXHIBIT H



WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

August 21, 2018

**HAND DELIVERY & CM/ECF**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

   Re: <u>*TRUSTID, Inc. v. Next Caller Inc.* 1:18-cv-00172-LPS-CJB (D. Del.)</u>

Dear Judge Burke:

  Plaintiff TRUSTID, Inc. writes to respectfully request Your Honor's assistance with discovery. The complaint in this action was filed on January 30, 2018. TRUSTID amended the complaint on April 13. (D.I. 16.) Defendant Next Caller Inc. moved to dismiss the amended complaint on May 29. (D.I. 25.) Briefing on the motion was completed on June 19. On August 17, TRUSTID attempted to initiate a Rule 26(f) conference, so that the parties could begin discovery while they await the entry of a schedule. Next Caller declined the proposal, citing the pending motion to dismiss as its reason to delay discovery. The pendency of the motion is an improper basis to refuse discovery.

  TRUSTID's lawsuit involves claims of patent infringement, claims under the Defend Trade Secrets Act, and claims for false advertising. TRUSTID is eager to begin prosecuting its case, so that a prompt resolution can be achieved. While all of TRUSTID's claims are time sensitive to TRUSTID, its trade-secret-misappropriation claims are particularly urgent. TRUSTID has reason to believe that Next Caller, or its assets, are being marketed for sale, raising the concern that TRUSTID's trade secrets (now in Next Caller's possession) may be unlawfully transferred or disclosed to one or more potential purchasers.

  Because Next Caller has declined TRUSTID's proposal to engage in a Rule 26(f) conference, TRUSTID requests that the Court direct the parties to proceed with case-management planning and discovery, as provided by the Court's local rules and Judge Stark's Revised Procedures for Managing Patent Cases.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Christopher J. Burke
August 21, 2018
Page 2

                                              Respectfully submitted,

                                              */s/ Adam W. Poff*

                                              Adam W. Poff (No. 3990)

AWP:tjh
cc: All Counsel of Record via CM/ECF & Email

01:23551484.1