IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-01187-CMA-NYW

TRUSTID, INC.,

    Plaintiff,

v.

NEXT CALLER INC.,

    Defendant.

ORIGINAL

## SPECIAL VERDICT FORM

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

### CLAIM 2 - MISAPPROPRIATION OF TRADE SECRETS – OREGON UNIFORM TRADE SECRETS ACT

**Question No. 1**: Did Plaintiff TRUSTID prove, by a preponderance of the evidence, all three elements of Claim 2 – trade secrets misappropriation under the Oregon Uniform Trade Secrets Act, as set forth in Instruction No. 12?

    \_\_\_\_ Yes        **X** No

If you answered Yes, please identify the trade secret(s) misappropriated:

_____.

### CLAIM 1 – MISAPPROPRIATION OF TRADE SECRETS – FEDERAL DEFEND TRADE SECRETS ACT

**Question No. 2**: Did Plaintiff TRUSTID prove, by a preponderance of the evidence, all four elements of Claim 1 – trade secrets misappropriation under the federal Defend Trade Secrets Act, as set forth in Instruction No. 12?

    \_\_\_\_ Yes        **X** No

If you answered Yes, please identify the trade secret(s) misappropriated:

_____

_____

## CLAIM 3 - INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

**Question No. 3**: Did Plaintiff TRUSTID prove, by a preponderance of the evidence, all six elements of Claim 3 – intentional interference with prospective economic advantage, as set forth in Instruction No. 13?

_____ Yes      __X__ No

## CLAIM 4 - BREACH OF CONTRACT

**Question No. 4**: Did Plaintiff TRUSTID prove, by a preponderance of the evidence, the four elements of Claim 4 – breach of contract, as set forth in Instruction No. 15?

_____ Yes      __X__ No

If you answered "No" to all of the questions above, skip the remaining Questions, and sign the verdict form. If you answered "Yes" to any one or more of Questions 1, 2, 3, and/or 4, proceed to Question No. 5.

## DAMAGES (ALL CLAIMS)

**Question No. 5**: For each Question to which you answered "yes" above, and based on Instruction Nos. 16 through 19, did TRUSTID prove by a preponderance of the evidence compensatory damages? If you answer "Yes", based on Instructions 16 through 19, state the amount of damages you found that TRUSTID proved for each claim.

Claim 1 - misappropriation of trade secrets – federal law:

_____ Yes      _____ No

Compensatory Damages: $___∅___

Claim 2 – misappropriation of trade secrets – state law:

_____ Yes      _____ No

2

Compensatory Damages: $ ⌀

Claim 3 – intentional interference with prospective economic relations:

_____ Yes            _____ No

Compensatory Damages: $ ⌀

Claim 4 – breach of contract:

_____ Yes            _____ No

Compensatory Damages: $ ⌀

You may award TRUSTID compensatory damages only once for the same losses. Applying this principle, what is the total amount of compensatory damages you found that TRUSTID proved?

$ _____

If you entered any amount other than "$0", proceed to **Question No. 6**. Otherwise, sign the verdict form.

**Question No. 6**: Based on Instruction No. 21, did Next Caller prove, by a preponderance of the evidence, that TRUSTID failed to make reasonable efforts to reduce its damages?

_____ Yes            _____ No

If you answered "No," then skip the following question and proceed to Question No. 7.

If you answered "Yes" to Question No. 6, then by what amount do you reduce TRUSTID's compensatory damages?

$ _____

**Question No. 7**: Based on Instruction No. 14 and 20, do you find that TRUSTID is entitled to recover punitive damages from Next Caller for any of its claims 1, 2, or 3?

_____ Yes            _____ No

3

If you answered "No," then proceed to sign the verdict form.

If you answered "Yes" to Question No. 7, then what is the amount of punitive damages you award to TRUSTID?

Claim 1 - misappropriation of trade secrets – federal law:

    Punitive Damages: $_____

Claim 2 – misappropriation of trade secrets – state law:

    Punitive Damages: $_____

Claim 3 – intentional interference with prospective economic relations:

    Punitive Damages: $_____

**Please sign and date this Verdict Form on the lines provided below.**

_3-25-21_
Date

_[redacted]_
Foreperson

4